# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0262

VERSUS

DEVIN HARRIS

**JUNE 6, 2022**

---

In Re:     Devin Harris, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-18-0060.

---

**BEFORE:  McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                                   PMc
                                   JEW
                                   MRT

COURT OF APPEAL, FIRST CIRCUIT

*q.Snl*
_____
DEPUTY CLERK OF COURT
    FOR THE COURT